USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:____________
DATE FILED: 7/13/26

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHRISTOPHER E. SCHMITT<br><br>Plaintiff,<br><br>- against -<br><br>METRO-NORTH COMMUTER RAILROAD,<br><br>Defendant. | **26 Civ. 2714 (VM)**<br><br>**ORDER** |

**VICTOR MARRERO, United States District Judge.**

A Complaint in the above-captioned matter was filed on April 2, 2026. (Dkt. No. 1.) Defendant filed an Answer to the Complaint on June 30, 2026. (Dkt. No. 7.)

Accordingly, the parties are hereby directed to submit a joint letter, within thirty (30) days of the date of this Order, addressing the following in separate paragraphs: (1) a brief description of the case, including the factual and legal bases for the claim(s) and defense(s); (2) any contemplated motions; (3) the prospect for settlement; and (4) whether the parties consent to proceed for all purposes before the Magistrate Judge designated for this action. The parties are also directed to submit a completed Case Management Plan that provides that discovery is to be completed within four months unless otherwise permitted by the Court. A model Case Management Plan is available on the

Court's website: https://nysd.uscourts.gov/hon-victor-marrero.

**SO ORDERED.**

Dated: 13 July 2026
New York, New York

_____________________________
Victor Marrero
U.S.D.J.